

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

ENTERED
02/09/2017

| | | |
|---|---|---|
| IN RE: | ) | BANKRUPTCY NO. |
| DEAN A. GUTIERREZ, SR. | ) | 16-10438-B-13 |
| DEBTOR | ) | CHAPTER 11 |

## ORDER GRANTING ELDON LEE ZIEGER'S MOTION FOR RELIEF FROM AUTOMATIC STAY TO ALLOW REMOVAL OF SUIT

It is hereby Ordered that, to the extent Relief from the Automatic Stay is required by law, the automatic stay of 11 USC §362 is modified to permit Eldon Lee Zieger to remove . Cause No. 2014-DCL-2838-A, <u>Elvia Reyna and J. Julian River v. Eldon Lee Zieger and Rio Mobile Home and R.V. Parks, Inc.; Dean Gutierrez v. Eldon Lee Zieger</u> , now pending in the 107th Judicial District Court of Cameron County, Texas to this Court.

Signed: February 09, 2017

_____
Eduardo V. Rodriguez
United States Bankruptcy Judge