| Fill in this information to identify your case and this filing: |
|---|

| Debtor 1 | **Dean** | **A** | **Gutierrez, Sr.** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number    **16**-**10438** _____
(if known)

☐ Check if this is an amended filing

## Official Form 106A/B

## Schedule A/B: Property                                          12/15

In each category, separately list and describe items.  List an asset only once.  If an asset fits in more than one category, list the asset in the category where you think it fits best.  Be as complete and accurate as possible.  If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, attach a separate sheet to this form.  On the top of any additional pages, write your name and case number (if known).  Answer every question.

### Part 1:    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1.  Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

☐ No.  Go to Part 2.
☑ Yes.  Where is the property?

1.1.

**2610 Rosalee Ave**
Street address, if available, or other description

**Brownsville       TX    78521**
City                    State  ZIP Code

**Cameron**
County

**2610 Rosalee Ave.**
**ESPIRITU SANTO GRANT SHARE 19**
**LOT 19 25.32 AC SHARE 19 ESPIRITU**
**SANTO GRANT**

**What is the property?**
Check all that apply.

☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?**
Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions.  Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $154,890.00 | $154,890.00 |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

Fee Simple

☑ Check if this is community property
(see instructions)

2.  Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1.  Write that number here.........................................➔

| $154,890.00 |
|---|

### Part 2:    Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?**  Include any vehicles you own that someone else drives.  If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3.  Cars, vans, trucks, tractors, sport utility vehicles, motorcycles

☐ No
☑ Yes

Debtor 1   **Dean A Gutierrez, Sr.** _____   Case number (if known)   16-10438

**3.1.**

| | | |
|---|---|---|
| Make: | **Harley Davidson** | |
| Model: | **TriGlide** | |
| Year: | **2016** | |
| Approximate mileage: | | |

Other information:
**2016 Harley Davidson TriGlide**

**Who has an interest in the property?**
Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☑ **Check if this is community property**
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$35,000.00** | **$35,000.00** |

**3.2.**

| | | |
|---|---|---|
| Make: | **Chrevrolet** | |
| Model: | **Silverado** | |
| Year: | **1991** | |
| Approximate mileage: | **350,000** | |

Other information:
**1991 Chrevrolet Silverado (approx. 350000 miles)**

**Who has an interest in the property?**
Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☑ **Check if this is community property**
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$1,500.00** | **$1,500.00** |

**4.** **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories
- ☑ No
- ☐ Yes

**5.** Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here......................................................➔

| |
|---|
| **$36,500.00** |

---

## Part 3:   Describe Your Personal and Household Items

Do you own or have any legal or equitable interest in any of the following items?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

**6.** **Household goods and furnishings**
*Examples:* Major appliances, furniture, linens, china, kitchenware
- ☐ No
- ☑ Yes. Describe.....

**Televisions (4) - $600.00**
**Stereo Receiver - $100.00**
**DVD Player (3) - $100.00**
**VCR - $100.00**
**CD Player - $ 50.00**
**Recliner - $100.00**
**Coffee Table (3) - $300.00**
**End Tables (6) - $100.00**
**Lamps (8) - $100.00**
**Computer Equipment - $500.00**
**Dinner Table (2) - $1,000.00**
**Dining Chairs (14) - $1,000.00**
**Stove/Oven (3) - $300.00**
**Microwave (3) - $200.00**
**Refrigerator (3) - $450.00**
**Dresser (4) - $1,200.00**
**Armoire - $600.00**
**Nightstands (3) - $300.00**
**Mirror (4) - $300.00**
**Beds (6) - $1,000.00**

**$8,600.00**

Debtor 1    **Dean A Gutierrez, Sr.**                                                    Case number (if known)    16-  10438

**7. Electronics**
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

☑ No
☐ Yes.  Describe.....                                                                                                    _____

**8. Collectibles of value**
*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

☐ No
☑ Yes.  Describe.....    **Artwork - $250.00**                                                                            $1,500.00
                         **Antiques - $250.00**
                         **Figurines - $500.00**
                         **Statues - $250.00**
                         **Sports Memorabilia - $250.00**

**9. Equipment for sports and hobbies**
*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

☑ No
☐ Yes.  Describe.....                                                                                                    _____

**10. Firearms**
*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

☑ No
☐ Yes.  Describe.....                                                                                                    _____

**11. Clothes**
*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☐ No
☑ Yes.  Describe.....    **Pants, shirts, socks, suits, shoes, jackets**                                                  $1,500.00

**12. Jewelry**
*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

☐ No
☑ Yes.  Describe.....    **Wedding ring**                                                                                 $800.00
                         **Watch**

**13. Non-farm animals**
*Examples:* Dogs, cats, birds, horses

☑ No
☐ Yes.  Describe.....                                                                                                    _____

**14. Any other personal and household items you did not already list, including any health aids you did not list**

☑ No
☐ Yes.  Give specific information.............                                                                            _____

**15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3.  Write the number here**................................................................➔    $12,400.00

| **Part 4:** | **Describe Your Financial Assets** |
|---|---|

Do you own or have any legal or equitable interest in any of the following?                    Current value of the portion you own?
Do not deduct secured claims or exemptions.

Debtor 1  **Dean A Gutierrez, Sr.**                                      Case number (if known)  **16-** **10438**

**16. Cash**
*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No
☑ Yes....................................................................................................... Cash: ........................  **$1,000.00**

**17. Deposits of money**
*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No
☑ Yes...........................        Institution name:

17.1.  Savings account:   **Savings account**                                              **$250.00**

**18. Bonds, mutual funds, or publicly traded stocks**
*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☑ No
☐ Yes...........................   Institution or issuer name:

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☐ No
☑ Yes.  Give specific information about them.........................

| Name of entity: | % of ownership: | |
|---|---|---|
| **1000 shares in Rio Mobile Home & R.V. Park, Inc.** | **100%** | **$1,350,000.00** |
| **Dean Gutierrez Investments, L.P.** **The remaining 85% is the separate property of** **Debtor's spouse.** | **15%** | **$10.00** |
| **Restuarant - Los Mecates, LLC** | **100%** | **$7,500.00** |

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**
*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☑ No
☐ Yes.  Give specific information about them.........................   Issuer name:

**21. Retirement or pension accounts**
*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☐ No
☑ Yes.  List each account separately.   Type of account:   Institution name:

Retirement account:   **Texas Municipal Retirement System**                        **$170,000.00**

03/21/2017 03:05:35pm

| Debtor 1 | **Dean A Gutierrez, Sr.** | | Case number (if known) | **16-** 10438 |
|---|---|---|---|---|

**22. Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☑ No
☐ Yes........................... Institution name or individual:

**23. Annuities** (A contract for a specific periodic payment of money to you, either for life or for a number of years)

☑ No
☐ Yes........................... Issuer name and description:

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No
☐ Yes........................... Institution name and description. Separately file the records of any interests. 11 U.S.C. § 521(c)

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☑ No
☐ Yes.  Give specific
information about them _____

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property;**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No
☐ Yes.  Give specific
information about them _____

**27. Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☑ No
☐ Yes.  Give specific
information about them _____

**Money or property owed to you?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**28. Tax refunds owed to you**

☐ No
☑ Yes.  Give specific information
about them, including whether
you already filed the returns
and the tax years.....................

Federal: 2013 Tax Refund Not Received Yet. Amt: $12,000.00

| | |
|---|---|
| Federal: | **$12,000.00** |
| State: | **$0.00** |
| Local: | **$0.00** |

**29. Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No
☐ Yes.  Give specific information

| | |
|---|---|
| Alimony: | **$0.00** |
| Maintenance: | **$0.00** |
| Support: | **$0.00** |
| Divorce settlement: | **$0.00** |
| Property settlement: | **$0.00** |

Debtor 1    **Dean A Gutierrez, Sr.**                                                Case number (if known)   16- 10438

**30.** **Other amounts someone owes you**
Examples: Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☐ No
☒ Yes.  Give specific information    **See continuation page(s).**                                                $96,000.00

**31.** **Interests in insurance policies**
Examples: Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☐ No
☒ Yes.  Name the insurance
company of each policy
and list its value................        Company name:                    Beneficiary:                Surrender or refund value:

**Life Insurance**                 **Melissa Gutierrez**              $15,000.00

**32.** **Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died

☒ No
☐ Yes.  Give specific information

**33.** **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
Examples: Accidents, employment disputes, insurance claims, or rights to sue

☐ No
☒ Yes.  Describe each claim........    **See Attached Continuation Page**                                        $3,800,000.00

**34.** **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☐ No
☒ Yes.  Describe each claim........    **See Above #33**                           **See #33 Above**

**35.** **Any financial assets you did not already list**

☒ No
☐ Yes.  Give specific information

**36.** **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here....................................................................** ➜   $5,451,760.00

| **Part 5:** | **Describe Any Business-Related Property You Own or Have an Interest In.  List any real estate in Part 1.** |

**37.** **Do you own or have any legal or equitable interest in any business-related property?**

☐ No.  Go to Part 6.
☒ Yes.  Go to line 38.

Current value of the
portion you own?
Do not deduct secured
claims or exemptions.

**38.** **Accounts receivable or commissions you already earned**

☐ No
☒ Yes.  Describe..  **Current accounts receivable; money owed by Guadalupe Vasquez on property**        $11,000.00
**"Owner Financed" by Debtor. Property located at 64 Bennett Dr, Brownsville, TX**

**39.** **Office equipment, furnishings, and supplies**
Examples: Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☒ No
☐ Yes.  Describe..

Debtor 1   **Dean A Gutierrez, Sr.** _____   Case number (if known)   16- 10438 _____

**40.** Machinery, fixtures, equipment, supplies you use in business, and tools of your trade

☑ No
☐ Yes. Describe..                                                                                              _____

**41.** Inventory

☑ No
☐ Yes. Describe..                                                                                              _____

**42.** Interests in partnerships or joint ventures

☑ No
☐ Yes. Describe..... Name of entity:                               % of ownership:

**43.** Customer lists, mailing lists, or other compilations

☑ No
☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?

   ☐ No
   ☐ Yes. Describe.....                                                                                       _____

**44.** Any business-related property you did not already list

☑ No
☐ Yes. Give specific information.

**45.** Add the dollar value of all of your entries from Part 5, including any entries for pages you have
attached for Part 5. Write that number here............................................................................ ➔ | **$11,000.00** |

| **Part 6:** | **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.** |
| --- | --- |
| | If you own or have an interest in farmland, list it in Part 1. |

**46.** Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?

☑ No. Go to Part 7.
☐ Yes. Go to line 47.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**47.** Farm animals
*Examples:* Livestock, poultry, farm-raised fish
☑ No
☐ Yes....                                                                                                        _____

**48.** Crops--either growing or harvested
☑ No
☐ Yes. Give specific information...............                                                                  _____

**49.** Farm and fishing equipment, implements, machinery, fixtures, and tools of trade
☑ No
☐ Yes....                                                                                                        _____

**50.** Farm and fishing supplies, chemicals, and feed
☑ No
☐ Yes....                                                                                                        _____

Debtor 1    **Dean A Gutierrez, Sr.**                                                        Case number (if known) __16-__ 10438 _____

51. **Any farm- and commercial fishing-related property you did not already list**

☑ No
☐ Yes. Give specific
   information................                                                                                    _____

52. **Add the dollar value of all of your entries from Part 6, including any entries for pages you have
    attached for Part 6. Write that number here**...................................................................... ➔ | $0.00 |

| **Part 7:** | **Describe All Property You Own or Have an Interest in That You Did Not List Above** |

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership

☑ No
☐ Yes. Give specific information.

54. **Add the dollar value of all of your entries from Part 7. Write that number here**............................ ➔ | $0.00 |

| **Part 8:** | **List the Totals of Each Part of this Form** |

55. **Part 1: Total real estate, line 2**.................................................................................... ➔  $154,890.00

56. **Part 2: Total vehicles, line 5**                                    $36,500.00

57. **Part 3: Total personal and household items, line 15**            $12,400.00

58. **Part 4: Total financial assets, line 36**                         $5,451,760.00

59. **Part 5: Total business-related property, line 45**                $11,000.00

60. **Part 6: Total farm- and fishing-related property, line 52**       $0.00

61. **Part 7: Total other property not listed, line 54**           +    $0.00

62. **Total personal property.   Add lines 56 through 61**.................. | $5,511,660.00 |  Copy personal ➔ +  $5,511,660.00
                                                                                                property total

63. **Total of all property on Schedule A/B.   Add line 55 + line 62**............................................. | $5,666,550.00 |

Debtor 1    **Dean A Gutierrez, Sr.**                                Case number (if known)   16-10438

30.  <u>Other amounts someone owes you (details):</u>

    **Julian Rivera - unpaid loan**                                                              $16,000.00

    **Debtor personally loaned the entity Rio Mobile Home & R.V. Park, Inc**          $80,000.00

**Continuation Pages for Item #33 and Item #34
of Schedule A / B (Debtor's claims against third parties, etc)**

I.  Debtor's Claims Against Eldon Lee Zieger

      The Debtor has multiple claims against Eldon Lee Zieger arising from and/or related to transactions that occurred between them -- including the purchase by the Debtor of Rio Mobile Home and RV Parks, Inc. from Zieger including related transactions and including also representations of Zieger made in connection therewith, and including also the settlement agreement entered on or about 12/17/13 between Debtor and Zieger -- including claims for breach of the aforementioned contracts and also including tort claims including for misrepresentation and fraud stemming from representations made by Zieger to the Debtor, with the aforementioned claims further being based on the following acts and omissions:

- Zieger's failure to cause encumbrances, security interests, and/or clouds to be released from the title to a tract comprised of approximately 11 unimproved acres as represented and/or agreed, with such failure to release preventing said tract from being sold and preventing the proceeds and profits thereof from being utilized by the Debtor (est minimum value of claim $2.1 Million, including lost profits and other consequential and direct damages)

- Zieger's failure to cause a tract comprised of approximately 5 acres to be conveyed to Debtor as represented and/or agreed (est minimum value of claim $200,000)

- Zieger's failure to pay / transfer to Debtor certain collected rentals as represented and/or agreed (est mimimum value of the claim $104,000);

- Zieger's failure to repay a loan to Bank of America as represented and/or agreed (est mimimum value of the claim $85,000)

- Zieger's failure to pay and/or indemnify Debtor for certain alleged realtor commission fees and to cause certain related liens to be released as represented and/or agreed (est mimimum value of the claim $45,000)

- Zieger's failure to pay / transfer to Debtor certain rental deposits as represented and/or agreed (est mimimum value of the claim $37,000);

- Zieger's failure to pay certain electric bills as represented and/or agreed (est mimimum value of the claim $19,000)

- Zieger's failure to pay certain Home Depot bills as represented and/or agreed (est mimimum value of the claim $12,000)

- Zieger's failure to cause certain plumbing and sewage repairs to be made as represented and/or agreed (est mimimum value of the claim $10,000)

- Zieger's failure to pay certain property taxes as represented and/or agreed (est mimimum value of the claim $4,000 plus interest and penalties)

- Zieger's failure to pay certain income taxes as represented and/or agreed (est mimimum value of the claim $3,500)

- Zieger's failure to provide the corporate minute book of Rio Mobile Home and RV Parks, Inc. and related documents to the Debtor as represented and/or agreed (est mimimum value of the claim t/b/d)

- The Debtor additionally has claims against Zieger for attorney's fees and costs related to the above-described claims, and the Debtor is further entitled to exemplary / punitive and statutory damages stemming from the above-described claims, and additionally the Debtor is entitled to recover from Zieger pre- and post-judgment interest.

- The claims described hereinabove are owned exclusively by the Debtor, or alternatively are owned jointly by the Debtor and Rio Mobile Home and RV Parks, Inc.

Debtor's Claims Against Christopher Phillippe and the Law Office of Phillippe & Associates P.C

The Debtor has claims against Christopher Phillippe and the Law Office of Phillippe & Associates P.C., jointly and severally, including for breach of contract and tort (including the claims described in the pleadings on file in the pending lawsuit 2016-DCL-06595, Cameron County 445th Dist Ct), with the value of said claims being minimally 1,000,000 plus attorney's fees and costs.

| Fill in this information to identify your case: |
|---|

| Debtor 1 | **Dean** | **A** | **Gutierrez, Sr.** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF TEXAS** | | |
| Case number (if known) | **16**- **10438** | | |

☐ Check if this is an amended filing

## Official Form 106C

## Schedule C: The Property You Claim as Exempt

04/16

Be as complete and accurate as possible.  If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt.  If more space is needed, fill out and attach to this page as many copies of    *Part 2: Additional Page*   as necessary.  On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim.  One way of doing so is to state a specific dollar amount as exempt.  Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit.  Some exemptions--such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds--may be unlimited in dollar amount.  However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

| Part 1: | Identify the Property You Claim as Exempt |
|---|---|

1. **Which set of exemptions are you claiming?**     *Check one only, even if your spouse is filing with you.*

☑ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)
☐ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**2610 Rosalee Ave.**<br>**ESPIRITU SANTO GRANT SHARE 19 LOT 19 25.32 AC SHARE 19 ESPIRITU SANTO GRANT**<br>Line from *Schedule A/B*: __1.1__ | $154,890.00 | ☐ $_____<br>☑ 100% of fair market value, up to any applicable statutory limit | **Const. art. 16 §§ 50, 51, Texas Prop. Code §§ 41.001-.002 (Claimed: $154,890.00 100% of fair market value, up to any applicable statutory limit)** |
| Brief description:<br>**2016 Harley Davidson TriGlide**<br>Line from *Schedule A/B*: __3.1__ | $35,000.00 | ☑ $35,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(9)** |

3. **Are you claiming a homestead exemption of more than $160,375?**

(Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

☑ No
☐ Yes.  Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
　　☐ No
　　☐ Yes

| Debtor 1 | **Dean A Gutierrez, Sr.** | | Case number (if known) | **16-** **10438** |

## Part 2:   Additional Page

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**1991 Chrevrolet Silverado (approx. 350000 miles)**<br>Line from *Schedule A/B*: __3.2__ | $1,500.00 | ☑ $1,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(9)** |
| Brief description:<br>**Televisions (4) - $600.00**<br>**Stereo Receiver - $100.00**<br>**DVD Player (3) - $100.00**<br>**VCR - $100.00**<br>**CD Player - $ 50.00**<br>**Recliner - $100.00**<br>**Coffee Table (3) - $300.00**<br>**End Tables (6) - $100.00**<br>**Lamps (8) - $100.00**<br>**Computer Equipment - $500.00**<br>**Dinner Table (2) - $1,000.00**<br>**Dining Chairs (14) - $1,000.00**<br>**Stove/Oven (3) - $300.00**<br>**Microwave (3) - $200.00**<br>**Refrigerator (3) - $450.00**<br>**Dresser (4) - $1,200.00**<br>**Armoire - $600.00**<br>**Nightstands (3) - $300.00**<br>**Mirror (4) - $300.00**<br>**Beds (6) - $1,000.00**<br>Line from *Schedule A/B*: __6__ | $8,600.00 | ☑ $8,600.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**Artwork - $250.00**<br>**Antiques - $250.00**<br>**Figurines - $500.00**<br>**Statues - $250.00**<br>**Sports Memorabilia - $250.00**<br>Line from *Schedule A/B*: __8__ | $1,500.00 | ☑ $1,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**Pants, shirts, socks, suits, shoes, jackets**<br>Line from *Schedule A/B*: __11__ | $1,500.00 | ☑ $1,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(5)** |
| Brief description:<br>**Wedding ring**<br>**Watch**<br>Line from *Schedule A/B*: __12__ | $800.00 | ☑ $800.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(6)** |

Debtor 1    **Dean A Gutierrez, Sr.**                                    Case number (if known)    16-  **10438**

| **Part 2:** | Additional Page |
| --- | --- |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
| --- | --- | --- | --- |
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**Texas Municipal Retirement System**<br><br>Line from *Schedule A/B*:    **21** | $170,000.00 | ☑ $170,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Gov't. Code § 851.006** |
| Brief description:<br>**Life Insurance**<br><br>Line from *Schedule A/B*:    **31** | $15,000.00 | ☑ $15,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Ins. Code §§ 1108.001, 1108.051** |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Dean**<br>First Name | **A**<br>Middle Name | **Gutierrez, Sr.**<br>Last Name |
| Debtor 2<br>(Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number    16- **10438**
(if known)

☐ Check if this is an amended filing

Official Form 106D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).**

1. **Do any creditors have claims secured by your property?**
   - ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   - ☑ Yes. Fill in all of the information below.

### Part 1:    List All Secured Claims

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|

| 2.1 | | | | |
|---|---|---|---|---|
| **BMW Finance Company**<br>Creditor's name | Describe the property that secures the claim:<br>**vehicle** | $49,000.00 | $0.00 | $49,000.00 |

Number     Street

City                     State    ZIP Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☑ **Check if this claim relates to a community debt**

**Date debt was incurred** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☑ Other (including a right to offset)
  **Purchase Money**

**Last 4 digits of account number**    5   9   5   0

**Debt is Debtor's spouse's.**

**Add the dollar value of your entries in Column A on this page. Write that number here:**

| $49,000.00 |
|---|

Debtor 1  **Dean A Gutierrez, Sr.**                                   Case number (if known)  **16-**10438

| **Part 1:** | **Additional Page** After listing any entries on this page, number them sequentially from the previous page. | **Column A** Amount of claim Do not deduct the value of collateral | **Column B** Value of collateral that supports this claim | **Column C** Unsecured portion If any |
|---|---|---|---|---|

**2.2**

**Chrysler Capital**
Creditor's name

Number    Street

_____

_____

City            State    ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim relates to a community debt**

**Date debt was incurred** _____

**Debt is Debtor's spouse's.**

Describe the property that secures the claim:

**vehicle**

| | | |
|---|---|---|
| $42,000.00 | $0.00 | $42,000.00 |

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Nature of lien.** Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [x] Other (including a right to offset)
      **Purchase Money**

**Last 4 digits of account number** ___ ___ ___ ___

---

**2.3**

**Harley Davidson Credit Corp.**
Creditor's name
**Dept. 15129**
Number    Street
**505 N. Cumberland Ave., Ste. 307**

_____

**Chicago      IL    60656-1471**
City            State    ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Date debt was incurred** **4/2016**

Describe the property that secures the claim:

**2016 Harley Davidson Trike**

| | | |
|---|---|---|
| $33,293.49 | $33,293.49 | |

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Nature of lien.** Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [x] Other (including a right to offset)
      **Purchase Money**

**Last 4 digits of account number** **5** **3** **5** **8**

---

Add the dollar value of your entries in Column A on this page.  Write that number here:

| $75,293.49 |
|---|

| Debtor 1 | Dean A Gutierrez, Sr. | | Case number (if known) | 16- | 10438 |

| **Part 1:** | **Additional Page**<br>After listing any entries on this page, number them sequentially from the previous page. | Column A<br>Amount of claim<br>Do not deduct the value of collateral | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |

---

**2.4**

**Hunter Kelsey**
Creditor's name
**3432 Greystone Dr.**
Number    Street

Describe the property that secures the claim:

**2610 Rosalee Ave.**

| | Column A | Column B | Column C |
|---|---|---|---|
| | $25,990.00 | $154,890.00 | |

**Austin        TX    78732**
City            State  ZIP Code

**Who owes the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☑ **Check if this claim relates to a community debt**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☑ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset)

**Date debt was incurred** _____    **Last 4 digits of account number**    **2    D    T    H**

**Tax Loan-Debtor makes monthly payments**

---

**2.5**

**Rudy De La Garza**
Creditor's name
**315 East 1st Street**
Number    Street

Describe the property that secures the claim:

**11 Acre Tract of Vacant Land**

| | Column A | Column B | Column C |
|---|---|---|---|
| | $124,000.00 | $0.00 | $124,000.00 |

**Brownsville      TX    78520**
City            State  ZIP Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☑ **Check if this claim relates to a community debt**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☑ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset)

**Date debt was incurred** _____    **Last 4 digits of account number**    ___ ___ ___ ___

---

**Add the dollar value of your entries in Column A on this page. Write that number here:**

| $149,990.00 |

**If this is the last page of your form, add the dollar value totals from all pages. Write that number here:**

| $274,283.49 |

| Fill in this information to identify your case: |
| --- |

| Debtor 1 | **Dean** | **A** | **Gutierrez, Sr.** |
| --- | --- | --- | --- |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number (if known)   **16- 10438**

☐ Check if this is an amended filing

Official Form 106E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible.  Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim.  Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Hold Claims Secured by Property.* If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left.  Attach the Continuation Page to this page.  On the top of any additional pages, write your name and case number (if known).

| Part 1: | List All of Your PRIORITY Unsecured Claims |
| --- | --- |

1. **Do any creditors have priority unsecured claims against you?**

   ☐ No.  Go to Part 2.
   ☑ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim.  For each claim listed, identify what type of claim it is.  If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts.  As much as possible, list the claims in alphabetical order according to the creditor's name.  If more space is needed for priority unsecured claims, fill out the Continuation Page of Part 1.  If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

|  | Total claim | Priority amount | Nonpriority amount |
| --- | --- | --- | --- |
| **2.1** | $13,158.05 | $13,158.05 | $0.00 |

**Internal Revenue Service**
Priority Creditor's Name
**300 E 8TH Street**
Number       Street
**Stop 5026 AUS**

| **Austin** | **TX** | **78701** |
| --- | --- | --- |
| City | State | ZIP Code |

**Who incurred the debt?**   Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

When was the debt incurred?   **2013-2014-2015**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other.  Specify

**This debt was incurred by the entity, Rio Mobile Home and RV Parks, Inc.**

Debtor 1    **Dean A Gutierrez, Sr.**                                              Case number (if known)    **16-** **10438**

| **Part 1:** | **Your PRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

| | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|
| **2.2** | **$329,898.76** | **$170,812.70** | **$159,086.06** |

**Internal Revenue Service**
Priority Creditor's Name
**300 E 8TH Street**
Number    Street
**Stop 5026 AUS**

Last 4 digits of account number    __ __ __ __

When was the debt incurred?    _____

**Austin**                          **TX**      **78701**
City                               State    ZIP Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?**  Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☒ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other.  Specify

**Is the claim subject to offset?**
☒ No
☐ Yes

**This debt was incurred by the entity, Rio Mobile Home and RV Parks, Inc.**

Debtor 1  **Dean A Gutierrez, Sr.**                                    Case number (if known)  **16-** **10438**

| **Part 2:** | **List All of Your NONPRIORITY Unsecured Claims** |

**3.  Do any creditors have nonpriority unsecured claims against you?**

☐ No.  You have nothing to report in this part.  Submit this form to the court with your other schedules.

☑ Yes

**4.  List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.**

If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim.  For each claim listed, identify what type of claim it is.  Do not list claims already included in Part 1.  If more than one creditor holds a particular claim, list the other creditors in Part 3.  If more space is needed for nonpriority unsecured claims, fill out the Continuation Page of Part 2.

**Total claim**

| 4.1 | | **$46,000.00** |

**Bank of the West**
Nonpriority Creditor's Name

**Last 4 digits of account number**   6   2   0   3

**When was the debt incurred?**

Number      Street

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

City                State    ZIP Code

**Type of NONPRIORITY unsecured claim:**

**Who incurred the debt?**  Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify

**Is the claim subject to offset?**

☑ No
☐ Yes

**Money Loaned**

**Debt is Debtor's spouse's.**

| 4.2 | | **$1,100.00** |

**Beall's**
Nonpriority Creditor's Name

**Last 4 digits of account number**   2   1   5   6

**When was the debt incurred?**

Number      Street

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

City                State    ZIP Code

**Type of NONPRIORITY unsecured claim:**

**Who incurred the debt?**  Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify

**Is the claim subject to offset?**

☑ No
☐ Yes

**Credit Card**

**Debt is Debtor's spouse's.**

Debtor 1    **Dean A Gutierrez, Sr.**                    Case number (if known)    16- **10438**

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

| | | Total claim |
|---|---|---|

**4.3**    $400.00

**Best Buy Credit Services**
Nonpriority Creditor's Name
**PO Box 688910**
Number        Street

**Des Moines**        **IA**    **50368-8910**
City            State    ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Debt is Debtor's spouse's.**

Last 4 digits of account number    **4   5   2   0**
When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify
  **Credit Card**

**4.4**    $500.00

**Care Credit**
Nonpriority Creditor's Name

Number        Street


City            State    ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Debt is Debtor's spouse's.**

Last 4 digits of account number    **7   0   8   4**
When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify
  **Credit Card**

Debtor 1     **Dean A Gutierrez, Sr.**        Case number (if known)   **16-** **10438**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

<div style="float:right">**Total claim**</div>

**4.5**

$7,000.00

**Christopher Lee Phillipe**
Nonpriority Creditor's Name
**248 Billy Mitchel**
Number    Street

**Brownsville**      **TX**   **78521**
City         State   ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Representation Debtor never requested or agreed to**

Last 4 digits of account number   ___ ___ ___ ___

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Alleged Attorney fees and costs**

**4.6**

$30,000.00

**Dean Gutierrez Investments, L.P.**
Nonpriority Creditor's Name

Number    Street

City         State   ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number   ___ ___ ___ ___

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Non-Purchase Money**

Debtor 1     **Dean A Gutierrez, Sr.**                                          Case number (if known)   16-10438

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.

| | **Total claim** |

| **4.7** | | **$1,900.00** |

**Dillard's/GECRB**
Nonpriority Creditor's Name
**PO Box 960012**
Number        Street

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Orlando**          **FL**   **32896-0012**
City                 State   ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Debt is Debtor's spouse's.**

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce
      that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
      **Credit Card**

| **4.8** | | **$1,677,866.90** |

**E. Lee Zeiger**
Nonpriority Creditor's Name
**12 Laguna Madre Dr.**
Number        Street

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?**   **2/8/2013**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Laguna Vista**      **TX**   **78587**
City                 State   ZIP Code

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce
      that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
      **Purchase Money-Estimated**

**Zieger filed no security agreement with the secretary of state on the alleged collateral, thus is unsecured. Contractual
payments to begin 2/2017.**

Case 16-10438   Document 74   Filed in TXSB on 03/21/17   Page 24 of 65
03/21/2017 03:05:37pm

| Debtor 1 | **Dean A Gutierrez, Sr.** | | Case number (if known) | **16-10438** |

## Part 2: Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

| | Total claim |
|---|---|

**4.9**

**Home Depot Credit Services**
Nonpriority Creditor's Name
**Dept. 32 - 2540914938**
Number       Street
**P.O. Box 183176**

**Columnud**    **OH**    **43218**
City    State    ZIP Code

**$3,400.00**

Last 4 digits of account number   **1 6 3 5**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Credit Card**

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] Check if this claim is for a community debt

Is the claim subject to offset?
- [x] No
- [ ] Yes

**Debt is Debtor's spouse's.**

**4.10**

**Hyundai Motor Finance**
Nonpriority Creditor's Name
**PO Box 20809**
Number       Street

**Fountain Valley**    **CA**    **92728**
City    State    ZIP Code

**$46,579.92**

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred? **2/23/16**

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Purchase Money**

Who incurred the debt? Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Is the claim subject to offset?
- [x] No
- [ ] Yes

**2015 Ford F150 Vin # 190519; Debtor surrendered vehicle, but Hyundai has never picked it up.**

| Debtor 1 | **Dean A Gutierrez, Sr.** | Case number (if known) | **16**-**10438** |

---

<table>
<tr><td style="background-color:black; color:white"><b>Part 2:</b></td><td><b>Your NONPRIORITY Unsecured Claims -- Continuation Page</b></td></tr>
</table>

After listing any entries on this page, number them sequentially from the previous page.

| | | **Total claim** |

| **4.11** | | **$19,734.74** |

**Internal Revenue Service**
Nonpriority Creditor's Name
**300 E 8TH Street**
Number        Street
**Stop 5026 AUS**

**Austin**                    **TX**    **78701**
City                          State    ZIP Code

Who incurred the debt?   Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number   __ __ __ __
When was the debt incurred?   **2010/2011**

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **1040 Taxes**

**This debt was incurred by the entity, Rio Mobile Home and RV Parks, Inc.**

| **4.12** | | **$1,200.00** |

**JC Penny's**
Nonpriority Creditor's Name

Number        Street

City                          State    ZIP Code

Who incurred the debt?   Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ Check if this claim is for a community debt

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number   **7**  **8**  **6**  **1**
When was the debt incurred?

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Credit Card**

**Debt is Debtor's spouse's.**

Debtor 1    **Dean A Gutierrez, Sr.**                                      Case number (if known)    16- 10438

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

| 4.13 |

$900.00

**Lacks Valley Stores**
Nonpriority Creditor's Name
**511 W. Town Street**
Number        Street

Last 4 digits of account number    **4    4    5    2**

When was the debt incurred?    _____

**Columbus**            **OH**    **43215**
City                State    ZIP Code

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?**    Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce
      that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
      **Purchase Money**

**Debt is Debtor's spouse's.**

| 4.14 |

$1,300.00

**PlainsCapital Bank**
Nonpriority Creditor's Name
**PO Box 660**
Number        Street

Last 4 digits of account number    **0    8    9    9**

When was the debt incurred?    _____

**Edinburg**            **TX**    **78540**
City                State    ZIP Code

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?**    Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce
      that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
      **Purchase Money**

**Debt is Debtor's spouse's.**

Debtor 1     **Dean A Gutierrez, Sr.**                                          Case number (if known)  **16-**10438

| | |
|---|---|
| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

<div style="float:right">**Total claim**</div>

| 4.15 | | $3,100.00 |
|---|---|---|

**Sam's Wholesale**
Nonpriority Creditor's Name

Number        Street

City                          State      ZIP Code

**Who incurred the debt?**  Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Debt is Debtor's spouse's.**

Last 4 digits of account number    0   2   9   4

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Credit Card**

| 4.16 | | $42,351.26 |
|---|---|---|

**Santander Consumer USA, Inc.**
Nonpriority Creditor's Name
**P.O. Box 961245**
Number        Street

**Fort Worth**              **TX**      **76161**
City                          State      ZIP Code

**Who incurred the debt?**  Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**This vehicle was traded in for another vehicle for Debtor's spouse.**

Last 4 digits of account number    ___  ___  ___  ___

**When was the debt incurred?**   **11/11/2016**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Purchase Money**

Debtor 1    **Dean A Gutierrez, Sr.**                                    Case number (if known)   **16- 10438**

---

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the
previous page.

| Total claim |
|---|

**4.17**

$3,500.00

**Sears**
Nonpriority Creditor's Name
**PO Box 6286**
Number        Street

Last 4 digits of account number    **2**  **1**  **8**  **0**

When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Sioux Falls**              **SD**     **57117**
City                        State     ZIP Code

Who incurred the debt?    Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**Debt is Debtor's spouse's.**

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Credit Card**

**4.18**

$3,323.02

**Target Card Services**
Nonpriority Creditor's Name
**3901 W. 53rd St.**
Number        Street

Last 4 digits of account number    **5**  **0**  **8**  **8**

When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Sioux Falls**              **SD**     **57106-4216**
City                        State     ZIP Code

Who incurred the debt?    Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Credit Card**

---

Debtor 1   **Dean A Gutierrez, Sr.** _____   Case number (if known) __16-__10438_____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

| **Total claim** |

**4.19**                                              **$500.00**

**Target Card Services**
Nonpriority Creditor's Name
**3901 W. 53rd St.**
Number      Street

Last 4 digits of account number    **9**   **4**   **5**   **0**

When was the debt incurred? _____

**Sioux Falls**      **SD**    **57106-4216**
City              State    ZIP Code

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Debt is Debtor's spouse's.**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Credit Card**

**4.20**                                              **$323.48**

**Texas Workforce Commission**
Nonpriority Creditor's Name
**Attn: Bankruptcy Dept**
Number      Street
**101 E 15th St**

Last 4 digits of account number   ___ ___ ___ ___

When was the debt incurred?   **3q14, 4q14, 1q15**

**Austin**      **TX**    **78778**
City              State    ZIP Code

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Payroll Taxes**

**This debt was incurred by the entity, Rio Mobile Home and RV Parks, Inc.**

Debtor 1   **Dean A Gutierrez, Sr.**
_____   Case number (if known)   **16-10438**   _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |

---

**4.21**                                                                                                    **$1,910.02**

**Texas Workforce Commission**
Nonpriority Creditor's Name
**Attn: Bankruptcy Dept**
Number        Street
**101 E 15th St**
_____

**Austin**                          **TX**      **78778**
City                                  State     ZIP Code

**Who incurred the debt?**  Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number   __ __ __ __

When was the debt incurred?   **4q13-1q15, 2q16-4q16**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
     **Payroll Taxes**

**This debt was incurred by the entity, Rio Mobile Home and RV Parks, Inc.**

---

**4.22**                                                                                                    **$92.59**

**Texas Workforce Commission**
Nonpriority Creditor's Name
**Attn: Bankruptcy Dept**
Number        Street
**101 E 15th St**
_____

**Austin**                          **TX**      **78778**
City                                  State     ZIP Code

**Who incurred the debt?**  Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number   __ __ __ __

When was the debt incurred?   **4q16**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
     **Payroll Taxes**

**This debt was incurred by the entity, Rio Mobile Home and RV Parks, Inc.**

Debtor 1   **Dean A Gutierrez, Sr.**                                    Case number (if known) __16-10438__

| Part 4: | Add the Amounts for Each Type of Unsecured Claim |
|---|---|

6.    Total the amounts of certain types of unsecured claims.  This information is for statistical reporting purposes only.
      28 U.S.C. § 159.  Add the amounts for each type of unsecured claim.

                                                                                        **Total claim**

**Total claims**   6a.  **Domestic support obligations**                          6a.          $0.00
**from Part 1**

                   6b.  **Taxes and certain other debts you owe the government**   6b.      $343,056.81

                   6c.  **Claims for death or personal injury while you were intoxicated**   6c.   $0.00

                   6d.  **Other.**  Add all other priority unsecured claims.  Write that amount here.   6d. **+**   $0.00

                   6e.  **Total.**  Add lines 6a through 6d.                        6d.      $343,056.81

                                                                                        **Total claim**

**Total claims**   6f.  **Student loans**                                          6f.          $0.00
**from Part 2**

                   6g.  **Obligations arising out of a separation agreement or divorce that you did not report as priority claims**   6g.   $0.00

                   6h.  **Debts to pension or profit-sharing plans, and other similar debts**   6h.   $0.00

                   6i.  **Other.**  Add all other nonpriority unsecured claims.  Write that amount here.   6i. **+**   $1,892,981.93

                   6j.  **Total.**  Add lines 6f through 6i.                        6j.    $1,892,981.93

Official Form 106E/F        **Schedule E/F: Creditors Who Have Unsecured Claims**        page 14

| Fill in this information to identify your case: |
| --- |

| Debtor 1 | **Dean** | **A** | **Gutierrez, Sr.** |
| --- | --- | --- | --- |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number **16**-**10438**
(if known)

☐ Check if this is an
amended filing

## Official Form 106G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).**

1. **Do you have any executory contracts or unexpired leases?**

   ☑ **No.** Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.

   ☐ **Yes.** Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

   | Person or company with whom you have the contract or lease | State what the contract or lease is for |
   | --- | --- |

| Fill in this information to identify your case: |
| --- |

| Debtor 1 | **Dean** | **A** | **Gutierrez, Sr.** |
| --- | --- | --- | --- |
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
| --- | --- | --- | --- |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number **16**. **10438**
(if known)

☐ Check if this is an amended filing

## Official Form 106H
## Schedule H: Your Codebtors
12/15

Codebtors are people or entities who are also liable for any debts you may have.  Be as complete and accurate as possible.  If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left.  Attach the Additional Page to this page.  On the top of any Additional Pages, write your name and case number (if known).  Answer every question.

1. **Do you have any codebtors?**    (If you are filing a joint case, do not list either spouse as a codebtor.)
   ☒ No
   ☐ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?**  *(Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
   ☐ No. Go to line 3.
   ☒ Yes.  Did your spouse, former spouse, or legal equivalent live with you at the time?
      ☐ No
      ☒ Yes
      In which community state or territory did you live?  **Texas**      Fill in the name and current address of that person.

      **Melissa Gutierrez**
      Name of your spouse, former spouse, or legal equivalent
      **2610 Rosalee Ave.**
      Number       Street

      **Brownsville**                    **TX**        **78521**
      City                              State       ZIP Code

3. In Column 1, list all of your codebtors.  Do not include your spouse as a codebtor if your spouse is filing with you.  List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner.  Make sure you have listed the creditor on *Schedule D* (Official Form 106D), *Schedule E/F* (Official Form 106E/F), or *Schedule G* (Official Form 106G).  Use *Schedule D, Schedule E/F, or Schedule G* to fill out Column 2.

   *Column 1:* **Your codebtor**                          *Column 2:* **The creditor to whom you owe the debt**

                                                          Check all schedules that apply:

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Dean** | **A** | **Gutierrez, Sr.** |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | | | |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF TEXAS** | | |
| Case number (if known) | 16 - 10438 | | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD / YYYY

<u>Official Form 106I</u>

## Schedule I: Your Income                                                  12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

|  | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| **Employment status** | | ☑ Employed<br>☐ Not employed | ☐ Employed<br>☑ Not employed |
| **Occupation** | | **Self Employed** | |
| **Employer's name** | | **Rio Mobile Homes & R.V. Parks, Inc** | |
| **Employer's address** | | | |
| | | Number   Street | Number   Street |
| | | | |
| | | City            State   Zip Code | City            State   Zip Code |
| **How long employed there?** | | | |

### Part 2:   Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. $0.00 | $0.00 |
| 3. | Estimate and list monthly overtime pay. | 3. + $0.00 | $0.00 |
| 4. | Calculate gross income. Add line 2 + line 3. | 4. $0.00 | $0.00 |

Debtor 1    **Dean A Gutierrez, Sr.**                                          Case number (if known) **16- 10438**

|  | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| Copy line 4 here ............................................................. → | 4. | | $0.00 | $0.00 |

**5.** List all payroll deductions:

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| **5a.** Tax, Medicare, and Social Security deductions | 5a. | | $0.00 | $0.00 |
| **5b.** Mandatory contributions for retirement plans | 5b. | | $0.00 | $0.00 |
| **5c.** Voluntary contributions for retirement plans | 5c. | | $0.00 | $0.00 |
| **5d.** Required repayments of retirement fund loans | 5d. | | $0.00 | $0.00 |
| **5e.** Insurance | 5e. | | $0.00 | $0.00 |
| **5f.** Domestic support obligations | 5f. | | $0.00 | $0.00 |
| **5g.** Union dues | 5g. | | $0.00 | $0.00 |
| **5h.** Other deductions. Specify: | 5h.+ | | $0.00 | $0.00 |
| **6.** Add the payroll deductions.  Add lines 5a + 5b + 5c + 5d + 5e + 5f + 5g + 5h. | 6. | | $0.00 | $0.00 |
| **7.** Calculate total monthly take-home pay.  Subtract line 6 from line 4. | 7. | | $0.00 | $0.00 |

**8.** List all other income regularly received:

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| **8a.** Net income from rental property and from operating a business, profession, or farm | 8a. | | $0.00 | $0.00 |
| Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | | | | |
| **8b.** Interest and dividends | 8b. | | $0.00 | $0.00 |
| **8c.** Family support payments that you, a non-filing spouse, or a dependent regularly receive | 8c. | | $0.00 | $0.00 |
| Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | | | | |
| **8d.** Unemployment compensation | 8d. | | $0.00 | $0.00 |
| **8e.** Social Security | 8e. | | $0.00 | $0.00 |
| **8f.** Other government assistance that you regularly receive | | | | |
| Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: | 8f. | | $0.00 | $0.00 |
| **8g.** Pension or retirement income | 8g. | | $2,410.00 | $0.00 |
| **8h.** Other monthly income. Specify: **See continuation sheet** | 8h.+ | | $5,000.00 | $0.00 |
| **9.** Add all other income.  Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h. | 9. | | $7,410.00 | $0.00 |

| **10.** Calculate monthly income.  Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $7,410.00 | + | $0.00 | = | $7,410.00 |
|---|---|---|---|---|---|---|

**11.** State all other regular contributions to the expenses that you list in Schedule J.
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J.

Specify:  **Wife's Contribution**                                                          11. + **$3,100.00**

**12.** Add the amount in the last column of line 10 to the amount in line 11.  The result is the combined monthly income.  Write that amount on the Summary of Your Assets and Liabilities and Certain Statistical Information, if it applies.

12. **$10,510.00**

**Combined monthly income**

**13.** Do you expect an increase or decrease within the year after you file this form?

☑ No.

☐ Yes. Explain:

**None.**

Debtor 1   **Dean A Gutierrez, Sr.** _____   Case number (if known)   16-**10438** _____

| 8h. | Other Monthly Income (details) | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | **Rio Mobile Home & R.V. Parks, Inc.** _____ | | **$3,200.00** | _____ |
| | **Rio Mobile Homes & R.V. Parks** _____ | | **$1,800.00** | _____ |
| | | Totals: | **$5,000.00** | **$0.00** |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Dean** | **A** | **Gutierrez, Sr.** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF TEXAS** | | |
| Case number (if known) | **16**- **10438** | | |

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

Official Form 106J

## Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Your Household

1. **Is this a joint case?**

   ☑ No. Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**
      ☐ No
      ☐ Yes. Debtor 2 must file Official Form 106J-2, Expenses for Separate Household of Debtor 2.

2. **Do you have dependents?**     ☑ No

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents' names.

   ☐ Yes. Fill out this information for each dependent....................

   | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|
   | _____ | _____ | ☐ No  ☐ Yes |
   | _____ | _____ | ☐ No  ☐ Yes |
   | _____ | _____ | ☐ No  ☐ Yes |
   | _____ | _____ | ☐ No  ☐ Yes |
   | _____ | _____ | ☐ No  ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**     ☑ No     ☐ Yes

### Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental Schedule J, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on Schedule I: Your Income (Official Form 106I.)

**Your expenses**

4. **The rental or home ownership expenses for your residence.**     4. _____
   Include first mortgage payments and any rent for the ground or lot.

   **If not included in line 4:**

   4a. Real estate taxes     4a. _____ **$3,300.00**

   4b. Property, homeowner's, or renter's insurance     4b. _____ **$109.00**

   4c. Home maintenance, repair, and upkeep expenses     4c. _____ **$300.00**

   4d. Homeowner's association or condominium dues     4d. _____

Debtor 1   **Dean A Gutierrez, Sr.** _____   Case number (if known) 16-**10438** _____

| | | | | Your expenses |
|---|---|---|---|---|
| 5. | Additional mortgage payments for your residence, such as home equity loans | | 5. | _____ |
| 6. | Utilities: | | | |
| | 6a. | Electricity, heat, natural gas | 6a. | **$700.00** |
| | 6b. | Water, sewer, garbage collection | 6b. | **$140.00** |
| | 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. | **$160.00** |
| | 6d. | Other. Specify: __**Mobile Phone**__ | 6d. | **$220.00** |
| 7. | Food and housekeeping supplies | | 7. | **$750.00** |
| 8. | Childcare and children's education costs | | 8. | _____ |
| 9. | Clothing, laundry, and dry cleaning | | 9. | **$300.00** |
| 10. | Personal care products and services | | 10. | _____ |
| 11. | Medical and dental expenses | | 11. | **$485.00** |
| 12. | Transportation. Include gas, maintenance, bus or train fare. Do not include car payments. | | 12. | _____ |
| 13. | Entertainment, clubs, recreation, newspapers, magazines, and books | | 13. | _____ |
| 14. | Charitable contributions and religious donations | | 14. | _____ |
| 15. | Insurance. Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a. | Life insurance | 15a. | _____ |
| | 15b. | Health insurance | 15b. | _____ |
| | 15c. | Vehicle insurance | 15c. | **$500.00** |
| | 15d. | Other insurance. Specify: _____ | 15d. | _____ |
| 16. | Taxes.   Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ | | 16. | _____ |
| 17. | Installment or lease payments: | | | |
| | 17a. | Car payments for Vehicle 1 **Harley Davidson** | 17a. | **$631.06** |
| | 17b. | Car payments for Vehicle 2 | 17b. | _____ |
| | 17c. | Other. Specify: __**E. Lee Zeiger/Rio Bank**__ | 17c. | **$6,190.00** |
| | 17d. | Other. Specify: _____ | 17d. | _____ |
| 18. | Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I). | | 18. | _____ |
| 19. | Other payments you make to support others who do not live with you. Specify: _____ | | 19. | _____ |

Debtor 1   **Dean A Gutierrez, Sr.**                                                Case number (if known)   16- 10438

20. **Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.**

| | | | | |
|---|---|---|---|---|
| 20a. | Mortgages on other property | (See continuation sheet(s) for details) | 20a. | **$600.00** |
| 20b. | Real estate taxes | (See continuation sheet(s) for details) | 20b. | **$553.90** |
| 20c. | Property, homeowner's, or renter's insurance | | 20c. | |
| 20d. | Maintenance, repair, and upkeep expenses | (See continuation sheet(s) for details) | 20d. | **$160.00** |
| 20e. | Homeowner's association or condominium dues | | 20e. | |

21. **Other.** Specify: _____   21. **+** _____

22. **Calculate your monthly expenses.**

| | | | |
|---|---|---|---|
| 22a. | Add lines 4 through 21. | 22a. | **$15,098.96** |
| 22b. | Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2. | 22b. | |
| 22c. | Add line 22a and 22b. The result is your monthly expenses. | 22c. | **$15,098.96** |

23. **Calculate your monthly net income.**

| | | | |
|---|---|---|---|
| 23a. | Copy line 12 (your combined monthly income) from Schedule I. | 23a. | **$10,510.00** |
| 23b. | Copy your monthly expenses from line 22c above. | 23b. **−** | **$15,098.96** |
| 23c. | Subtract your monthly expenses from your monthly income. The result is your monthly net income. | 23c. | **($4,588.96)** |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☐ No.
☑ Yes.   Explain here:
**Debtor anticipates paying off the arrears that may be owed to creditor Ziegler if he sells Rio Mobile Home & R.V. Park, Inc.**

20a. **Other Real Property--Mortgages on Other Property (details):**

**Daughter's residense expense**                                        $600.00

Total:   **$600.00**

20b. **Other Real Property--Real Estate Taxes (details):**

                                                                        $553.90

Total:   **$553.90**

20d. **Other Real Property--Maintenance, Repair, and Upkeep Expenses (details):**

**Lawn Maintenance**                                                    $160.00

Total:   **$160.00**

<table>
<tr><td colspan="4"><strong>Fill in this information to identify your case:</strong></td></tr>
</table>

| | | | |
|---|---|---|---|
| Debtor 1 | **Dean** | **A** | **Gutierrez, Sr.** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number    16-10438
(if known)

☐ Check if this is an
amended filing

<u>Official Form 106Sum</u>

## Summary of Your Assets and Liabilities and Certain Statistical Information     12/15

Be as complete and accurate as possible.  If two married people are filing together, both are equally responsible for supplying correct information.  Fill out all of your schedules first; then complete the information on this form.  If you are filing amended schedules after you file your original forms, you must fill out a new Summary and check the box at the top of this page.

### Part 1:     Summarize Your Assets

**Your assets**
Value of what you own

1. *Schedule A/B: Property* (Official Form 106A/B)

   1a. Copy line 55, Total real estate, from Schedule A/B........................................................     **$154,890.00**

   1b. Copy line 62, Total personal property, from Schedule A/B.............................................     **$5,511,660.00**

   1c. Copy line 63, Total of all property on Schedule A/B......................................................     **$5,666,550.00**

### Part 2:     Summarize Your Liabilities

**Your liabilities**
Amount you owe

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
   2a. Copy the total you listed in Column A, Amount of claim, at the bottom of the last page of Part 1 of Schedule D.....     **$274,283.49**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
   3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of Schedule E/F....................................     **$343,056.81**

   3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of Schedule E/F............................  **+**  **$1,892,981.93**

   **Your total liabilities**     **$2,510,322.23**

### Part 3:     Summarize Your Income and Expenses

4. *Schedule I: Your Income* (Official Form 106I)
   Copy your combined monthly income from line 12 of Schedule I........................................................................     **$10,510.00**

5. *Schedule J: Your Expenses* (Official Form 106J)
   Copy your monthly expenses from line 22c of Schedule J...............................................................................     **$15,098.96**

Debtor 1   **Dean A Gutierrez, Sr.**                                                          Case number (if known)   16-**10438**

---

| **Part 4:** | **Answer These Questions for Administrative and Statistical Records** |

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No.  You have nothing to report on this part of the form.  Check this box and submit this form to the court with your other schedules.

☒ Yes

7. **What kind of debt do you have?**

☐ **Your debts are primarily consumer debts.**  *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose."  11 U.S.C. § 101(8).  Fill out lines 8-9g for statistical purposes.  28 U.S.C. § 159.

☒ **Your debts are not primarily consumer debts.**  You have nothing to report on this part of the form.  Check this box and submit this form to the court with your other schedules.

8. **From the** *Statement of Your Current Monthly Income:* Copy your total current monthly income from Official Form 122A-1 Line 11; **OR,** Form 122B Line 11; **OR,** Form 122C-1 Line 14.

9. **Copy the following special categories of claims from Part 4, line 6 of** *Schedule E/F:*

**Total claim**

From Part 4 on *Schedule E/F,* copy the following:

9a.  Domestic support obligations.  (Copy line 6a.)

9b.  Taxes and certain other debts you owe the government.  (Copy line 6b.)

9c.  Claims for death or personal injury while you were intoxicated.  (Copy line 6c.)

9d.  Student loans.  (Copy line 6f.)

9e.  Obligations arising out of a separation agreement or divorce that you did not report as priority claims.  (Copy line 6g.)

9f.  Debts to pension or profit-sharing plans, and other similar debts.  (Copy line 6h.)

9g.  **Total.**   Add lines 9a through 9f.

03/21/2017 03:05:39pm

**Fill in this information to identify your case:**

| Debtor 1 | Dean | A | Gutierrez, Sr. |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

| Case number | 16-10438 |
|---|---|
| (if known) | |

☐ Check if this is an amended filing

Official Form 106Dec

## Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☑ No

☐ Yes. Name of person _____     Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X _____     X _____
Dean A Gutierrez, Sr., Debtor 1     Signature of Debtor 2

Date   **03/21/2017**     Date _____
MM / DD / YYYY     MM / DD / YYYY

| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | **Dean** | **A** | **Gutierrez, Sr.** |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS** | | |
| Case number (if known) | **16-10438** | |

☐ Check if this is an amended filing

Official Form 107

# Statement of Financial Affairs for Individuals Filing for Bankruptcy    04/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:  Give Details About Your Marital Status and Where You Lived Before

1. **What is your current marital status?**
   ☒ Married
   ☐ Not married

2. **During the last 3 years, have you lived anywhere other than where you live now?**
   ☒ No
   ☐ Yes.  List all of the places you lived in the last 3 years.  Do not include where you live now.

3. **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?**
   *(Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

   ☐ No
   ☒ Yes.  Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

Debtor 1    **Dean A Gutierrez, Sr.**                                    Case number (if known)    **16-**10438

| **Part 2:** | **Explain the Sources of Your Income** |
| --- | --- |

4.  **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
    Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
    If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
| --- | --- | --- | --- | --- |
| | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions<br>and exclusions | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions<br>and exclusions |
| **From January 1 of the current year until the date you filed for bankruptcy:** | ☐ Wages, commissions, bonuses, tips<br>☑ Operating a business | **$8,000.00** | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |
| **For the last calendar year:**<br>(January 1 to December 31, __2015__ )<br>YYYY | ☐ Wages, commissions, bonuses, tips<br>☑ Operating a business | **$18,000.00** | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |
| **For the calendar year before that:**<br>(January 1 to December 31, __2014__ )<br>YYYY | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |

| | Debtor 1 | | Debtor 2 | |
| --- | --- | --- | --- | --- |
| | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions<br>and exclusions | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions<br>and exclusions |
| **From January 1 of the current year until the date you filed for bankruptcy:** | ☐ Wages, commissions, bonuses, tips<br>☑ Operating a business | **$116,416.00** | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |
| **For the last calendar year:**<br>(January 1 to December 31, __2015__ )<br>YYYY | ☐ Wages, commissions, bonuses, tips<br>☑ Operating a business | **$127,000.00** | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |
| **For the calendar year before that:**<br>(January 1 to December 31, __2014__ )<br>YYYY | ☐ Wages, commissions, bonuses, tips<br>☑ Operating a business | | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |

Debtor 1   **Dean A Gutierrez, Sr.** _____   Case number (if known) __16-__ 10438 _____

**5.  Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable.  Examples of other income are alimony; child support; Social Security; unemployment; and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings.  If you are in a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately.  Do not include income that you listed in line 4.

☐ No
☑ Yes.  Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions |
| **From January 1 of the current year until the date you filed for bankruptcy:** | Pension | $7,385.00 | | |
| | | | | |
| **For the last calendar year:**<br>(January 1 to December 31, __2015__ )<br>         YYYY | Pension | $29,112.00 | | |
| | | | | |
| **For the calendar year before that:**<br>(January 1 to December 31, __2014__ )<br>         YYYY | Pension | $28,680.00 | | |
| | | | | |

Debtor 1    **Dean A Gutierrez, Sr.**                                        Case number (if known)    **16- 10438**

---

**Part 3:**     **List Certain Payments You Made Before You Filed for Bankruptcy**

6.   **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☑ No.     **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,425* or more?

☑ No.  Go to line 7.

☐ Yes.  List below each creditor to whom you paid a total of $6,425* or more in one or more payments and the total amount you paid that creditor.  Do not include payments for domestic support obligations, such as child support and alimony.  Also, do not include payments to an attorney for this bankruptcy case.

* Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.

☐ Yes.     **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No.  Go to line 7.

☐ Yes.  List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor.  Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

7.   **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor.  11 U.S.C. § 101.  Include payments for domestic support obligations such as child support and alimony.

☑ No
☐ Yes.  List all payments to an insider.

8.   **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

☑ No
☐ Yes.  List all payments that benefited an insider.

---

Debtor 1    **Dean A Gutierrez, Sr.**                                    Case number (if known)    **16- 10438**

---

**Part 4:**    **Identify Legal Actions, Repossessions, and Foreclosures**

9.    **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐  No
☒  Yes. Fill in the details.

| Case title | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Elvia E. Reyna and Julian Rivera vs Rio Mobile Home & RV Parks, Inc.** | **Breach of Contract** | **107th District Court, presently removed to this Court** <br> Court Name <br> **974 E. Harrison St.** <br> Number    Street <br> **Presently Removed to This Court** <br><br> **Brownsville**        **TX**    **78520** <br> City                State    ZIP Code | ☒ Pending <br><br> ☐ On appeal <br><br> ☐ Concluded |
| Case number **2014-DCL-02838** | | | |

| Case title | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Dean Gutierrez vs Law Office of Phillippe & Associates P.C. and Christoper Lee Phillip** | **Debt/Contract** | **445th District Court** <br> Court Name <br> **974 E. Harrison St.** <br> Number    Street <br> **Judicial Building Third Floor** <br><br> **Brownsville**        **TX**    **78520** <br> City                State    ZIP Code | ☒ Pending <br><br> ☐ On appeal <br><br> ☐ Concluded |
| Case number **2016-DCL-06595** | | | |

10.    **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☐  No. Go to line 11.
☒  Yes. Fill in the information below.

| | Describe the property | Date | Value of the property |
|---|---|---|---|
| **Hyundai Motor Finance** <br> Creditor's Name <br><br> **PO Box** <br> Number    Street <br><br><br> **Fountain Valley**        **CA** <br> City                State    ZIP Code | **2015 Ford F150 Vin# 5TFFY5F11FX190519** <br><br> Explain what happened <br> ☒ Property was repossessed. <br> ☐ Property was foreclosed. <br> ☐ Property was garnished. <br> ☐ Property was attached, seized, or levied. | | |

Debtor 1   **Dean A Gutierrez, Sr.**                                      Case number (if known) 16-10438

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☑ No
☐ Yes. Fill in the details.

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☑ No
☐ Yes

## Part 5:   List Certain Gifts and Contributions

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☑ No
☐ Yes.  Fill in the details for each gift.

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☐ No
☑ Yes.  Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Date you contributed | Value |
|---|---|---|---|
| **Church** | **Tithes and offerings** | Throughout 2016 | **$4,000.00** |
| Charity's Name | | Throughout 2015 | **$4,000.00** |
| | | | |
| Number    Street | | | |
| | | | |
| City                          State     ZIP Code | | | |

## Part 6:   List Certain Losses

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☑ No
☐ Yes.  Fill in the details.

Debtor 1  **Dean A Gutierrez, Sr.**                                          Case number (if known)  **16- 10438**

## Part 7:   List Certain Payments or Transfers

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**

Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required for your bankruptcy.

☐ No
☑ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Tony Martinez** <br> Person Who Was Paid | **Attorney fees for Ch 13 Filing** | | |
| **Law Office of Antonio Martinez, Jr., P.C** <br> Number    Street | | | **$4,200.00** |
| **409 Nolana St., Suite 4** | | | |
| **McAllen**          **TX**    **78504** <br> City           State   ZIP Code | | | |
| Email or website address | | | |
| Person Who Made the Payment, if Not You | | | |

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Villeda Law Group** <br> Person Who Was Paid | **Paid into Trust for legal services re this case as well as the adversary** | | |
| **6316 N. 10th St., Bldg. B** <br> Number    Street | | | **$29,500.00** |
| **McAllen**          **TX**    **78504** <br> City           State   ZIP Code | | | |
| Email or website address | | | |
| Person Who Made the Payment, if Not You | | | |

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**

Do not include any payment or transfer that you listed on line 16.

☑ No
☐ Yes. Fill in the details.

Official Form 107          **Statement of Financial Affairs for Individuals Filing for Bankruptcy**          page 7

Debtor 1  **Dean A Gutierrez, Sr.** _____  Case number (if known) __16__-__10438_____

**18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**

Include both outright transfers and transfers made as security (such as granting a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

- ☒ No
- ☐ Yes. Fill in the details.

**19. Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?**   (These are often called asset-protection devices.)

- ☒ No
- ☐ Yes. Fill in the details.

## Part 8:   List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

**20. Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**

Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

- ☒ No
- ☐ Yes. Fill in the details.

**21. Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

- ☒ No
- ☐ Yes. Fill in the details.

**22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

- ☐ No
- ☒ Yes. Fill in the details.

| | Who else has or had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| **Storage Depot** <br> Name of Storage Facility <br><br> **274 Kings Highway** <br> Number    Street <br><br><br> **Brownsville      TX    78521** <br> City            State   ZIP Code | _____ <br> Name <br><br> _____ <br> Number   Street <br><br><br> _____ <br> City         State   ZIP Code | **Unit 38, personal belongings including old furniture and clothing, etc.** | ☐ No <br> ☒ Yes |

| | Who else has or had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| **Storage Depot** <br> Name of Storage Facility <br><br> **274 Kings Highway** <br> Number    Street <br><br><br> **Brownsville      TX    78521** <br> City            State   ZIP Code | **Son** <br> Name <br><br> _____ <br> Number   Street <br><br><br> _____ <br> City         State   ZIP Code | **Unit 161, items belonging to son** | ☐ No <br> ☒ Yes |

Debtor 1   **Dean A Gutierrez, Sr.**                                              Case number (if known)   **16**- **10438**

---

**Part 9:**    **Identify Property You Hold or Control for Someone Else**

---

23.   **Do you hold or control any property that someone else owns?  Include any property you borrowed from, are storing for, or hold in trust for someone.**

    ☑ No
    ☐ Yes.  Fill in the details.

---

**Part 10:**    **Give Details About Environmental Information**

---

For the purpose of Part 10, the following definitions apply:

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substance, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar item.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24.   **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

    ☑ No
    ☐ Yes.  Fill in the details.

25.   **Have you notified any governmental unit of any release of hazardous material?**
    ☑ No
    ☐ Yes.  Fill in the details.

26.   **Have you been a party in any judicial or administrative proceeding under any environmental law?  Include settlements and orders.**

    ☑ No
    ☐ Yes.  Fill in the details.

---

Debtor 1    **Dean A Gutierrez, Sr.** _____    Case number (if known)  **16-** 10438 _____

| Part 11: | Give Details About Your Business or Connections to Any Business |

27. **Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time
☑ A member of a limited liability company (LLC) or limited liability partnership (LLP)
☐ A partner in a partnership
☑ An officer, director, or managing executive of a corporation
☐ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies. Go to Part 12.
☑ Yes. Check all that apply above and fill in the details below for each business.

**Los Mecates LLC** _____
Business Name

_____
Number     Street

_____

_____
City              State    ZIP Code

Describe the nature of the business
**Formerly located at 6672 Padre Island Highway, Brownsville, TX. Restaurant is closed, but LLC is still active.**

Name of accountant or bookkeeper

Employer Identification number
Do not include Social Security number or ITIN.

EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___

Dates business existed

From _____  To **08/31/2016**

---

**Rio Mobile Home and R.V. Park, Inc.** ___
Business Name

**8801 Boca Chica Blvd** _____
Number     Street

_____

**Brownsville          TX    78521** __
City              State    ZIP Code

Describe the nature of the business
**Mobile Home & RV Lot Rental**

Name of accountant or bookkeeper

Employer Identification number
Do not include Social Security number or ITIN.

EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___

Dates business existed

From **2012**  To **present**

---

**Dean Gutierrez Investments, L.P.** ___
Business Name

_____
Number     Street

_____

_____
City              State    ZIP Code

Describe the nature of the business

Name of accountant or bookkeeper

Employer Identification number
Do not include Social Security number or ITIN.

EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___

Dates business existed

From _____  To _____

28. **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business?  Include all financial institutions, creditors, or other parties.**

☑ No
☐ Yes. Fill in the details below.

03/21/2017 03:05:40pm

Debtor 1    **Dean A Gutierrez, Sr.**                                    Case number (if known)  16-**10438**

| Part 12: | **Sign Below** |

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury
that answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or
property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years,
or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

X _____          X _____
   Dean A Gutierrez, Sr., Debtor 1             Signature of Debtor 2

   Date    03/21/2017                          Date    _____

Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?

☑ No
☐ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?

☑ No
☐ Yes. Name of person _____    Attach the  *Bankruptcy Petition Preparer's Notice,*
                                                             *Declaration, and Signature*  (Official Form 119).

B2030 (Form 2030) (12/15)

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION**

In re  **Dean A Gutierrez, Sr.**

Case No.  **16-** 10438 _____

Chapter  **11** _____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept................................................Fixed Fee:  **$30,000.00**

   Prior to the filing of this statement I have received......................................................  **$30,000.00**

   Balance Due..........................................................................................................  **$0.00**

2. The source of the compensation paid to me was:
   ☑ Debtor          ☐ Other (specify)

3. The source of compensation to be paid to me is:
   ☑ Debtor          ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| _____03/21/2017_____ | _____ |
|---|---|
| *Date* | *Antonio Villeda*                    Bar No.  20585300 |
| | Villeda Law Group |
| | 6316 North 10th Street, Bldg. B |
| | McAllen, Texas 78504 |
| | Phone: (956) 631-9100 / Fax: (956) 631-9146 |

---

**Fill in this information to identify your case:**

Debtor 1 __Dean__ __A__ __Gutierrez, Sr.__
First Name        Middle Name        Last Name

Debtor 2
(Spouse, if filing) First Name        Middle Name        Last Name

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF TEXAS__

Case number __16__-__10438_____
(if known)

☐ Check if this is an amended filing

## Official Form 104

## For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders          12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

| Part 1: | List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders. |
|---|---|

|   |   | Unsecured claim |
|---|---|---|
| **1** | E. Lee Zeiger<br>Creditor's name<br>**12 Laguna Madre Dr.**<br>Number        Street<br><br>**Laguna Vista** **TX** **78587**<br>City        State   ZIP Code<br><br>Contact<br><br>Contact phone | What is the nature of the claim? **Purchase Money-Estimated**<br>As of the date you file, the claim is:        Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br>☐ None of the above apply<br>Does the creditor have a lien on your property?<br>☑ No<br>☐ Yes. Total claim (secured and unsecured): _____<br>        Value of security – _____<br>        Unsecured claim: _____ | **$1,677,866.90** |
| **2** | Internal Revenue Service<br>Creditor's name<br>**300 E 8TH Street**<br>Number        Street<br>**Stop 5026 AUS**<br><br>**Austin** **TX** **78701**<br>City        State   ZIP Code<br><br>Contact<br><br>Contact phone | What is the nature of the claim? **Taxes**<br>As of the date you file, the claim is:        Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>☑ None of the above apply<br>Does the creditor have a lien on your property?<br>☑ No<br>☐ Yes. Total claim (secured and unsecured): _____<br>        Value of security – _____<br>        Unsecured claim: _____ | **$329,898.76** |

Debtor 1   **Dean A Gutierrez, Sr.**                                                    Case number (if known)  16- **10438**

|  | | | Unsecured claim |
|---|---|---|---|

**3** | **Rudy De La Garza**
Creditor's name

**315 East 1st Street**
Number        Street

**Brownsville          TX      78520**
City                      State      ZIP Code

Contact

Contact phone

What is the nature of the claim? _____   **$124,000.00**

As of the date you file, the claim is:   Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property?
☐ No
☑ Yes.   Total claim (secured and unsecured):   **$124,000.00**
              Value of security                    –        **$0.00**
              Unsecured claim:                          **$124,000.00**

**4** | **BMW Finance Company**
Creditor's name

Number        Street

City                      State      ZIP Code

Contact

Contact phone

What is the nature of the claim?   **Purchase Money**   **$49,000.00**

As of the date you file, the claim is:   Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property?
☐ No
☑ Yes.   Total claim (secured and unsecured):   **$49,000.00**
              Value of security                    –        **$0.00**
              Unsecured claim:                          **$49,000.00**

**5** | **Hyundai Motor Finance**
Creditor's name

**PO Box 20809**
Number        Street

**Fountain Valley   CA     92728**
City                      State      ZIP Code

Contact

Contact phone

What is the nature of the claim?   **Purchase Money**   **$46,579.92**

As of the date you file, the claim is:   Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes.   Total claim (secured and unsecured):   _____
              Value of security                    –        _____
              Unsecured claim:                          _____

**6** | **Bank of the West**
Creditor's name

Number        Street

City                      State      ZIP Code

Contact

Contact phone

What is the nature of the claim?   **Money Loaned**   **$46,000.00**

As of the date you file, the claim is:   Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes.   Total claim (secured and unsecured):   _____
              Value of security                    –        _____
              Unsecured claim:                          _____

Debtor 1    **Dean A Gutierrez, Sr.** _____    Case number (if known) __16-__ 10438 _____

|  |  | Unsecured claim |
|---|---|---|

| **7** | **Santander Consumer USA, Inc.** | What is the nature of the claim? | **Purchase Money** | **$42,351.26** |

Creditor's name
**P.O. Box 961245**
Number        Street

**Fort Worth        TX        76161**
City                State        ZIP Code

Contact

Contact phone

As of the date you file, the claim is:        Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes.    Total claim (secured and unsecured): _____
          Value of security        – _____
          Unsecured claim:            _____

| **8** | **Chrysler Capital** | What is the nature of the claim? | **Purchase Money** | **$42,000.00** |

Creditor's name

Number        Street

City                State        ZIP Code

Contact

Contact phone

As of the date you file, the claim is:        Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property?
☐ No
☑ Yes.    Total claim (secured and unsecured):    **$42,000.00**
          Value of security        –    **$0.00**
          Unsecured claim:            **$42,000.00**

| **9** | **Dean Gutierrez Investments, L.P.** | What is the nature of the claim? | **Non-Purchase Money** | **$30,000.00** |

Creditor's name

Number        Street

City                State        ZIP Code

Contact

Contact phone

As of the date you file, the claim is:        Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes.    Total claim (secured and unsecured): _____
          Value of security        – _____
          Unsecured claim:            _____

| **10** | **Internal Revenue Service** | What is the nature of the claim? | **1040 Taxes** | **$19,734.74** |

Creditor's name
**300 E 8TH Street**
Number        Street
**Stop 5026 AUS**

**Austin        TX        78701**
City                State        ZIP Code

Contact

Contact phone

As of the date you file, the claim is:        Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes.    Total claim (secured and unsecured): _____
          Value of security        – _____
          Unsecured claim:            _____

Debtor 1    **Dean A Gutierrez, Sr.**                                    Case number (if known)   16-**10438**

| | | Unsecured claim |
|---|---|---|

**11** | **Internal Revenue Service**
Creditor's name
**300 E 8TH Street**
Number          Street
**Stop 5026 AUS**

**Austin**          **TX**     **78701**
City                State     ZIP Code

Contact

Contact phone

What is the nature of the claim?    **1040 Taxes**                          $13,158.05

As of the date you file, the claim is:     Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes.  Total claim (secured and unsecured):  _____
            Value of security          − _____
            Unsecured claim:             _____

---

**12** | **Christopher Lee Phillipe**
Creditor's name
**248 Billy Mitchel**
Number          Street

**Brownsville**     **TX**     **78521**
City                State     ZIP Code

Contact

Contact phone

What is the nature of the claim?    **Alleged Attorney fees and (**          $7,000.00

As of the date you file, the claim is:     Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes.  Total claim (secured and unsecured):  _____
            Value of security          − _____
            Unsecured claim:             _____

---

**13** | **Sears**
Creditor's name
**PO Box 6286**
Number          Street

**Sioux Falls**     **SD**     **57117**
City                State     ZIP Code

Contact

Contact phone

What is the nature of the claim?    **Credit Card**                          $3,500.00

As of the date you file, the claim is:     Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes.  Total claim (secured and unsecured):  _____
            Value of security          − _____
            Unsecured claim:             _____

---

**14** | **Home Depot Credit Services**
Creditor's name
**Dept. 32 - 2540914938**
Number          Street
**P.O. Box 183176**

**Columnud**        **OH**     **43218**
City                State     ZIP Code

Contact

Contact phone

What is the nature of the claim?    **Credit Card**                          $3,400.00

As of the date you file, the claim is:     Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes.  Total claim (secured and unsecured):  _____
            Value of security          − _____
            Unsecured claim:             _____

Debtor 1    **Dean A Gutierrez, Sr.**

Case number (if known) __16-__ 10438

|  |  |  | Unsecured claim |
|---|---|---|---|

**15** **Target Card Services**
Creditor's name
**3901 W. 53rd St**
Number        Street

**Sioux Falls        SD        57106-4216**
City              State    ZIP Code

Contact

Contact phone

What is the nature of the claim?   **Credit Card**

As of the date you file, the claim is:   Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

Does the creditor have a lien on your property?
- ☑ No
- ☐ Yes. Total claim (secured and unsecured):
  - Value of security  —
  - Unsecured claim:

**$3,323.02**

---

**16** **Sam's Wholesale**
Creditor's name

Number        Street

City              State    ZIP Code

Contact

Contact phone

What is the nature of the claim?   **Credit Card**

As of the date you file, the claim is:   Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

Does the creditor have a lien on your property?
- ☑ No
- ☐ Yes. Total claim (secured and unsecured):
  - Value of security  —
  - Unsecured claim:

**$3,100.00**

---

**17** **Texas Workforce Commission**
Creditor's name
**Attn: Bankruptcy Dept**
Number        Street
**101 E 15th St**

**Austin            TX        78778**
City              State    ZIP Code

Contact

Contact phone

What is the nature of the claim?   **Payroll Taxes**

As of the date you file, the claim is:   Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

Does the creditor have a lien on your property?
- ☑ No
- ☐ Yes. Total claim (secured and unsecured):
  - Value of security  —
  - Unsecured claim:

**$1,910.02**

---

**18** **Dillard's/GECRB**
Creditor's name
**PO Box 960012**
Number        Street

**Orlando           FL        32896-0012**
City              State    ZIP Code

Contact

Contact phone

What is the nature of the claim?   **Credit Card**

As of the date you file, the claim is:   Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

Does the creditor have a lien on your property?
- ☑ No
- ☐ Yes. Total claim (secured and unsecured):
  - Value of security  —
  - Unsecured claim:

**$1,900.00**

03/21/2017 03:05:40pm

Debtor 1    **Dean A Gutierrez, Sr.**                                      Case number (if known)  16-**10438**

|  |  | Unsecured claim |
|---|---|---|
| **19** | **PlainsCapital Bank**<br>Creditor's name | $1,300.00 |

**What is the nature of the claim?**   Purchase Money

**PlainsCapital Bank**
Creditor's name
**PO Box 660**
Number       Street

As of the date you file, the claim is:     Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Edinburg**          **TX**    **78540**
City              State    ZIP Code

Does the creditor have a lien on your property?
☑ No
☐ Yes.   Total claim (secured and unsecured):  _____

Contact

Value of security    —    _____

Contact phone

Unsecured claim:    _____

**20**   **JC Penny's**
Creditor's name

**What is the nature of the claim?**   Credit Card        $1,200.00

As of the date you file, the claim is:     Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Number       Street

City              State    ZIP Code

Does the creditor have a lien on your property?
☑ No
☐ Yes.   Total claim (secured and unsecured):  _____

Contact

Value of security    —    _____

Contact phone

Unsecured claim:    _____

---

**Part 2:**   **Sign Below**

Under penalty of perjury, I declare that the information provided in this form is true and correct.

X _____        X _____
Dean A Gutierrez, Sr., Debtor 1                Signature of Debtor 2

Date  **03/21/2017**                    Date _____
         MM / DD / YYYY                          MM / DD / YYYY

03/21/2017 03:05:40pm

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## MCALLEN DIVISION

IN RE:   **Dean A Gutierrez, Sr.**

CASE NO   16-**10438**

CHAPTER   11

## VERIFICATION OF CREDITOR MATRIX

    The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date __3/21/2017_____

Signature _____
             *Dean A Gutierrez, Sr.*

Date _____

Signature _____

Bank of the West


Beall's


Best Buy Credit Services
PO Box 688910
Des Moines, IA 50368-8910


BMW Finance Company


Care Credit


Christopher Lee Phillipe
248 Billy Mitchel
Brownsville, TX 78521


Chrysler Capital


Dean Gutierrez Investments, L.P.


Dillard's/GECRB
PO Box 960012
Orlando, FL 32896-0012

E. Lee Zeiger
12 Laguna Madre Dr.
Laguna Vista, TX 78587


Harley Davidson Credit Corp.
Dept. 15129
505 N. Cumberland Ave., Ste. 307
Chicago, IL 60656-1471


Home Depot Credit Services
Dept. 32 - 2540914938
P.O. Box 183176
Columnud, Ohio 43218


Hunter Kelsey
3432 Greystone Dr.
Austin, TX 78732


Hyundai Motor Finance
PO Box 20809
Fountain Valley, CA 92728


Internal Revenue Service
300 E 8TH Street
Stop 5026 AUS
Austin, TX 78701


JC Penny's


Lacks Valley Stores
511 W. Town Street
Columbus, OH 43215


PlainsCapital Bank
PO Box 660
Edinburg, Texas 78540

Rudy De La Garza
315 East 1st Street
Brownsville, TX 78520


Sam's Wholesale



Santander Consumer USA, Inc.
P.O. Box 961245
Fort Worth, TX 76161


Sears
PO Box 6286
Sioux Falls, SD 57117


Target Card Services
3901 W. 53rd St.
Sioux Falls, SD 57106-4216


Texas Workforce Commission
Attn: Bankruptcy Dept
101 E 15th St
Austin, TX 78778